1  BRIAN J. STRETCH (CABN 132612)
   United States Attorney
2
3  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
4  Chief, Tax Division

5  CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorney
6
7   450 Golden Gate Avenue, Box 36055
          San Francisco, California 94102
8         Telephone: (415) 436-7000
          FAX: (415) 436-7009
9
10 Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 15-04040-RS |
| ) | |
| Plaintiff, ) | APPLICATION TO CONTINUE CASE |
| ) | MANAGEMENT CONFERENCE AND |
| v. ) | [~~PROPOSED~~] ORDER |
| ) | |
| JOHN E. MILBURN, ) | Date:  June 16, 2016 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | |
| ) | |

   Now comes the United States of America, by and through its undersigned counsel, and pursuant to Rule 7-11 of the Civil Local Rules for the Northern District of California, seeks to continue the case management conference for an additional 60 days for the reasons set forth below:

   1.  Defendant John E. Milburn, is currently in Korea.  The United States attempted to serve process upon Mr. Milburn in Korea.  The first attempt was unsuccessful as the documents were "unclaimed."  The United States has attempted service of process a second time.  A response to a status request was received on May 10, 2016, reporting "the case is in the process of service in the competent court and if I get the result, I'll send ASAP."  Accordingly, the United States seeks to continue the case management conference, currently scheduled for May 19, 2016, at 10:00, to June 16, 2016, at 10:00 a.m.

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

_____/s/_____
CYNTHIA STIER
Assistant United States Attorney
Tax Division

## ORDER

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the case management conference, currently scheduled for May 19, 2016, at 10:00 a.m. is rescheduled to June 16, 2016, at 10:00 a.m.

SO ORDERED this  12th  day of    May        , 2016.

_____
RICHARD SEEBORG
United States District Judge