UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN E. MILBURN,<br><br>　　　　　Defendant. | Case No. 15-cv-04040-RS<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Case Management Conference previously set for August 4, 2016, is continued to December 22, 2016, at 10:00 a.m. in Courtroom 3, 17th Floor, San Francisco. Counsel for the United States is advised that if service is not perfected by December 22, the case will be subject to dismissal without further notice.

**IT IS SO ORDERED**.

Dated: July 27, 2016

_____
RICHARD SEEBORG
United States District Judge